```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 17643
   DANILA R COOPER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-5121


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 09/27/2007 and was not confirmed.

    The case was dismissed without confirmation 12/20/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED VEHIC         .00           .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED       NOT FILED           .00            .00
GMAC MORTGAGE             CURRENT MORTG         .00           .00            .00
GMAC MORTGAGE             MORTGAGE ARRE         .00           .00            .00
ADT SECURITY SYSTEMS      UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS ~    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          770.00           .00            .00
COMCAST                   UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED          702.28           .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED           .00            .00
PREMIER BANKCARD          UNSECURED          407.34           .00            .00
NICOR GAS                 UNSECURED          625.41           .00            .00
US DEPT OF EDUCATION      UNSECURED             .00           .00            .00
US DEPT OF EDUCATION      UNSECURED             .00           .00            .00
GMAC MORTGAGE CORP        NOTICE ONLY    NOT FILED            .00            .00
ACC CONSUMERS             SECURED NOT I    7445.61            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        ---------------       ---------------
TOTALS                          .00                    .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17643 DANILA R COOPER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```